**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MAXEON SOLAR PTE. LTD., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:24-CV-00262-JRG |
| | § | |
| HANWHA SOLUTIONS CORPORATION | § | |
| AND HANWHA ENERGY CORPORATION, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court Plaintiff Maxeon Solar Pte. Ltd. ("Maxeon") and Defendants Hanwha Solutions Corporation and Hanwha Energy Corporation's (together, "Hanwha") Joint Motion to Continue the Stay Pending Appeal (the "Status Report"). (Dkt. No. 69). In the Motion, the parties request that the case remains stayed pending the completion of the Federal Circuit appeals of the PTAB's Final Written Decisions regarding the asserted patents in this case.

Having considered the Motion, and noting it was filed jointly, the Court hereby **ORDERS** that the case should be **STAYED** pending the completion of the Federal Circuit appeals. The parties are further **ORDERED** to file a joint status report within ten (10) days of the issuance of a decision for the appeals.

**So ORDERED and SIGNED this 23rd day of April, 2026.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE